# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG -5 PM 2:49
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ CMM _____ DEPUTY

In the Matter of the Search of

One Sanyo Cellular Phone
Model Katana II
Serial number AEZSCP6650

APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT

MAGISTRATE CASE NO.: 08 MJ 2430

I <u>Karen Samayoa-Lunt</u> being duly sworn depose and say:

I am a <u>Special Agent with U.S. Immigration and Customs Enforcement</u> and have reason to believe that on the property or premises known as:

    **See Attachment A**

in the <u>SOUTHERN</u> District of <u>CALIFORNIA</u>

there is now concealed a certain person or property, namely

    **Evidence of a crime, contraband, fruits of crime, or other items illegally possessed, property designed for use, intended for use, or used in committing a crime, as set forth more fully in Attachment B**

which is

    **Property and electronic data that constitutes evidence of the commission of a criminal offense, and which is and has been used as the means for committing a criminal offense**

concerning violations of Title 21, United States Code, Sections 952, 960, 841(a)(1), 843 and 846.

The facts to support a finding of Probable Cause are as follows:

    **See attached affidavit of U.S. Immigration and Customs Enforcement Special Agent Karen Samayoa-Lunt, which is attached and incorporated herein by reference**

Continued on the attached sheets and made a part thereof. __X__ Yes ___ No

_____
Signature of Affiant

Sworn to before me, and subscribed in my presence

8/5/2008
Date

San Diego, California
City and State

<u>Ruben B. Brooks, U.S. Magistrate Judge</u>
_____
Signature of Judicial Officer

## ATTACHMENT A
### PROPERTY TO BE SEARCHED

The property to be searched is described below:

    One Sanyo Cellular Phone
    Model Katana II
    Serial number AEZSCP6650

The telephone is being held by U.S. Immigration and Customs Enforcement in San Diego, California.

## ATTACHMENT B

## ITEMS TO BE SEIZED

The records and items to be seized from the PROPERTY TO BE SEARCHED (described in Attachment A) include:

a. Electronic telephone books containing names and telephone numbers;

b. Electronic history of outgoing, incoming and missed calls including telephone numbers and time, duration, and date of calls;

c. Digital appointment books;

d. Stored messages to include inbox, outbox, new messages, saved messages both audio and text;

e. Stored pictures and animations;

f. Voice memos;

g. Schedules;

h. Notes;

i. Email addresses; and

j. Settings of the cellular telephone including but not limited to the telephone number and subscriber history.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>One Sanyo Cellular Phone<br>Model Katana II<br>Serial number AEZSCP6650 | ) Magistrate Case No.:_____<br>)<br>) AFFIDAVIT OF ICE SPECIAL<br>) AGENT KAREN SAMAYOA-<br>) LUNT IN SUPPORT OF<br>) SEARCH WARRANT<br>) APPLICATION |

I, KAREN SAMAYOA-LUNT, Special Agent (SA) with the U.S. Immigration and Customs Enforcement (ICE), having been duly sworn, depose and state as follows:

# INTRODUCTION

1. I am a Special Agent with the Department of Homeland Security, United States Immigration and Customs Enforcement, and have been so employed since 2003. I have worked for ICE for approximately five years as a Special Agent. I have a Bachelor of Arts from California Polytechnic State University at San Luis Obispo. I am a graduate of the twelve-week Criminal Investigator Course at the Federal Law Enforcement Training Center, and the twelve-week Immigration and Customs Enforcement, Special Agent Training Program. I have received training in identifying various controlled substances and the conduct of controlled substances (Title 21) investigations. I have spoken with other agents with extensive experience in controlled substances investigations.

2. Your affiant is currently assigned to the ICE, Office of the Assistant Special Agent in Charge (ASAC), Office of Investigations, San Diego, California. Your affiant is assigned to conduct investigations of criminal violations relating to the smuggling and transportation of controlled substances. Your affiant has personally arrested or participated in the arrest of several persons for violations of the Controlled Substances Act. In each of these cases, your affiant has conducted interviews with the arrested persons and with their associates. Through these interviews, your affiant has gained a working knowledge and insight into the typical working of controlled substance traffickers and smugglers. Your affiant has also gained extensive information as to the normal operational habits of persons who make their living as controlled substance traffickers.

3.  Through the course of your affiant's duties, your affiant has talked with experienced controlled substances investigators about the activities of controlled substances traffickers and your affiant has received on the job training dealing with the activities of controlled substances traffickers practiced locally. Your affiant is aware that it is a common practice for controlled substances traffickers to use cellular telephones, pagers and portable radios to maintain communications with co-conspirators to further their criminal activities. Your affiant has made numerous arrests for violations of Title 21 of the United States Code, and is familiar with the identification of all types of controlled substances by sight and color.

4.  In preparing this affidavit, I have conferred with other ICE Special Agents who have combined experience of more than 25 years as ICE Special Agents and Special Agents with the former U.S. Customs Service, and the opinions stated below are shared by them. Furthermore, I have personal knowledge of the following facts or have been told these facts by the persons mentioned herein.

5.  This affidavit is submitted in support of an application to search a cellular telephone described as follows:

> One Sanyo Cellular Phone
> Model Katana II
> Serial number AEZSCP6650

for evidence of violations of Title 21, United States Code, Sections 952, 960, 841(a)(1), 843(b) and 846. This cellular telephone was seized from defendant, Ricardo Esquivel-Guzman, at the time of his arrest on May 24, 2008. I believe that probable cause exists to believe that evidence, fruits, and instrumentalities of violations of federal criminal law may be found in the above property, specifically in electronic form.

6.  I have been personally involved in the investigation that is the subject of this affidavit and I am completely familiar with the facts outlined below. That knowledge comes from my personal participation in this investigation, including interviews with, and my analysis of reports submitted by, other law-enforcement agents participating in this investigation.

**PROBABLE CAUSE**

7. On May 24, 2008, Ricardo Esquivel-Guzman attempted to enter the United States at the Otay Mesa, CA Port of Entry as the driver of a 2000 Ford Windstar. A Narcotic Detector Dog alerted to the vehicle's driver side window. The vehicle was referred for an x-ray inspection, but Defendant informed officers that the passenger, Bertha Esquivel, had received a liver transplant and was unable to walk. Officers performed a seven point inspection and discovered a plastic-wrapped package concealed in the rear driver side quarter panel. Further inspection revealed a total of 14 packages of marijuana with a total weight of 16.54 kilograms.

8. The cellular telephone referenced above was recovered from Esquivel's person.

9. On May 24, 2008, the cellular telephone was seized as evidence by ICE agents and is being maintained in the ASAC San Diego evidence storage room.

10. Based upon my experience and training, consultation with other law enforcement officers experienced in drug investigations, and all the facts and opinions set forth in this affidavit, I know that members of drug organizations communicate via cellular telephones in order to direct and monitor the transportation of drugs. I also know that telephone numbers, contact names, electronic mail (email) addresses, appointment dates, messages, pictures and other digital information are stored in the memory of cellular telephones which identify other persons involved in drug smuggling activities.

11. Based upon my experience and training, consultation with other law enforcement officers experienced in drug smuggling investigations, and all the facts and opinions set forth in this affidavit, I believe that Esquivel was involved with others, known and unknown to her, in a drug smuggling conspiracy and further believe that she used the cellular telephone described herein to further the goal of possessing marijuana with the intent to distribute and importation of marijuana.

12. Based upon my experience and training, consultation with other law enforcement officers experienced in drug smuggling investigations, and all the facts and opinions set forth in this affidavit, I believe that telephone numbers, contact names, electronic mail (email) addresses, appointment dates, messages, pictures and other digital

information are stored in the memory of the cellular telephone described herein.

## SUMMARY

13. Based on all of the facts and circumstances described above, I believe that probable cause exists to conclude that Ricardo Esquivel-Guzman used a cellular telephone to facilitate the offenses of possession with intent to distribute marijuana and importation of marijuana. This telephone was likely used to facilitate the offense and store data, which constitutes evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 952, 960, 841(a)(1), 843(b) and 846.

14. I also believe that probable cause exists to believe that evidence, fruits and instrumentalities of Ricardo Esquivel Guzman's illegal activity continue to exist on his cellular telephone.

15. Therefore, your affiant respectfully requests a warrant be issued authorizing your affiant, a Special Agent of ICE, or a Special Agent of ICE specially trained in digital evidence recovery, to search the items described in Attachment A, and seize the items listed in Attachment B.

_[signature]_
KAREN SAMAYOA-LUNT
Special Agent
U.S. Immigration and Customs Enforcement

Subscribed and Sworn to before me this 5th th day of August, 2008

_[signature]_
RUBEN B. BROOKS
United States Magistrate Judge